FILED

1:23 pm
2014 MAR 19

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CAUSE NO. 2:14 CR 4 |
| v. | ) | |
| | ) | 18 U.S.C. § 1590(a) |
| RITA LAW | ) | 18 U.S.C. § 2421 |
| EDWARD OLSZEWSKI | ) | 18 U.S.C. § 1952(a)(3) |
| CRYSTAL WIREMAN | ) | 18 U.S.C. § 2 |

**SUPERCEDING INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**
(Trafficking and Servitude)

Beginning on or about November 2007, and continuing through on or about July 2008, in the Northern District of Indiana and elsewhere, the defendant

**RITA LAW,**

did knowingly recruit, harbor, transport, provide, or obtain the labor and services of HV, by means of a scheme, plan, or pattern intended to cause HV to believe that, if HV did not perform such labor or service, that HV would suffer serious harm or physical restraint.

All in violation of 18 USC §1590(a) and 18 USC § 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**

(Trafficking and Servitude)

Beginning on or about June 2013 and continuing through on or about September 3, 2013, in the Northern District of Indiana and elsewhere, the defendant

**RITA LAW,**

did knowingly recruit, harbor, transport, provide, or obtain the labor and services of XC, by means of a scheme, plan, or pattern intended to cause XC to believe that, if XC did not perform such labor or service, that XC would suffer serious harm or physical restraint.

All in violation of 18 USC 1590(a) and 18 USC § 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**

(Transporting for the Purpose of Prostitution)

Beginning on or about June 2013 and continuing through on or about September 3, 2013, in the Northern District if Indiana and elsewhere, the defendants

**RITA LAW**
**EDWARD OLSZEWSKI,**

did knowingly transport XC in interstate commerce, with the intent that XC engage in prostitution.

All in violation of 18 USC 2421 and 18 USC§ 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 4**

(USE OF AN INTERSTATE FACILITY TO PROMOTE PROSTITUTION)

Beginning in or about February 2013 and continuing through on or about September 7, 2013, in the Northern District if Indiana and elsewhere, the defendant

**RITA LAW**
**CRYSTAL WIREMAN**

and others, used a facility in interstate or foreign commerce, namely a telephone, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is prostitution in violation of Indiana Code 35-45-4-2 and Indiana Code 35-45-4-4, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

All in violation of 18 USC §1952 (a)(3) and 18 USC§ 2.

A TRUE BILL:

s/ Foreperson
FOREPERSON

DAVID A. CAPP
UNITED STATES ATTORNEY

By: s/ Susan L. Collins
Susan L. Collins
Assistant United States Attorney