**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:14-CR-04-JVB-JEM |
| | ) | |
| RITA LAW, | ) | |
|     Defendant. | ) | |

**REPORT AND RECOMMENDATION OF**
**UNITED STATES MAGISTRATE JUDGE PURSUANT TO**
**28 U.S.C. § 636(b)(3) and Local Rule 72-1**

This matter is before the Court on a Motion for Order Directing the Return of Defendant's Property [DE 43], filed by Defendant Rita Law on February 25, 2014. On April 3, 2014, Judge Joseph Van Bokkelen entered an Order [DE 75] referring this matter to Magistrate Judge John E. Martin for a report and recommendation on the instant motion pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-1. This Report constitutes the undersigned Magistrate Judge's combined proposed findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). For the following reasons, the Court recommends that the District Court deny the Motion as moot, with leave to refile at a future date if necessary.

In the instant motion, Defendant Law requests that several items of property that Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations seized from her. She argues that she needs to review the content of cameras, telephones, an iPad, and a data card to determine whether they contain any contents that might be relevant to her defense. At a hearing on March 19, 2014, the parties addressed the forfeiture proceeding underlying the instant motion. Counsel for the Government indicated that the issues addressed in the motion may be resolved and that there would be no need for a specific motions hearing. The Government stated

that the forfeiture proceeding would be stayed and the Government would provide copies of the items to counsel for Defendant Law to review.

Accordingly, the Court **RECOMMENDS** that the District Court **DENY as moot** the Motion for Order Directing the Return of Defendant's Property [DE 43], with leave to refile it if needed. Objections to the Recommendation are waived unless filed and served within fourteen (14) days. *See* 28 U.S.C. § 636(b)(1).

So ORDERED this 10th day of April, 2014.

> s/ John E. Martin
> MAGISTRATE JUDGE JOHN E. MARTIN
> UNITED STATES DISTRICT COURT

cc: All counsel of record
Honorable Joseph Van Bokkelen