# United States District Court
# Northern District of Indiana
# Hammond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Civil Action No.: 2:14-CR-4 JVB |
| RITA LAW | |

**ORDER**

Defendant Rita Law filed a motion (DE 43) requesting that some of her personal property that has been seized by the government be returned to her so that she can review its contents in preparation for trial. The Court referred the motion to Magistrate Judge John Martin for report and recommendation. Judge Martin reports that the Government has stayed the forfeiture proceedings and agreed to provide copies of the items requested by Ms. Law. In turn, Judge Martin recommends that the motion be denied as moot. No party has objected to Judge Martin's report and recommendation.

Accordingly, the Court accepts Judge Martin's Report and Recommendation and denies Ms. Law's motion for return of personal property (DE 43) as moot.

SO ORDERED on May 6, 2014.

                                                s/ Joseph S. Van Bokkelen  
                                                JOSEPH S. VAN BOKKELEN  
                                                UNITED STATES DISTRICT JUDGE