UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>　　　　　　　　**Plaintiff,**<br><br>　　vs.<br><br>**RITA LAW**<br><br>　　　　　　　　**Defendant.** | **CASE NUMBER: 2:14CR4-001**<br>**USM Number: 13529-027**<br><br><br>**MARK A. PSIMOS**<br>**DEFENDANT'S ATTORNEY** |

## JUDGMENT IN A CRIMINAL CASE

**THE DEFENDANT** was found guilty on counts 1, 2, 3, and 4 of the Second Superseding Indictment after a plea of not guilty on February 10, 2017.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title, Section & Nature of Offense | Date Offense Ended | Count Numbers |
|---|---|---|
| 18:1590(a) TRAFFICKING AND SERVITUDE AND 18:2 AIDING AND ABETTING | July 2008 | 1ss-2ss |
| 18:2421 TRANSPORTING FOR PROSTITUTION AND 18:2 AIDING AND ABETTING | July 2008 | 3ss |
| 18:1952(a)(3) USE OF A INTERSTATE FACILITY TO PROMOTE PROSTITUTION AND 18:2 AIDING AND ABETTING | July 2008 | 4ss |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

July 10, 2019
Date of Imposition of Judgment

s/ Joseph S. Van Bokkelen
Signature of Judge

Joseph S. Van Bokkelen, United States District Judge
Name and Title of Judge

July 12, 2019
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **360 months, comprised of 240 months on Count 1, 240 months on Count 2 to be served concurrently with the other counts; 60 months on Count 3 to be served consecutively with Counts 1 and 2; and 60 months on Count 4, to be served consecutively with Counts 1 and 2.**

The Court makes the following recommendations to the Bureau of Prisons:

    The defendant be housed at FCI Greenville, Illinois.

    Defendant be given credit for time served awaiting sentencing on this charge.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

    Defendant delivered _____ to _____ at _____,
with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

No term of supervised release is imposed

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| $400 | NONE | To Be determined |

The defendant shall make the special assessment payment payable to Clerk, U.S. District Court, 5400 Federal Plaza, Suite 2300, Hammond, IN 46320. The special assessment payment shall be due within 14 days of entry of judgment.

## FINE

No fine imposed.

## RESTITUTION

The restitution amount will be determined within 90 days

The defendant shall make restitution payments (including community restitution, if applicable) payable to Clerk, U.S. District Court, 5400 Federal Plaza, Suite 2300, Hammond, IN 46320, for the following payees in the amounts listed below.