UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Rita Law, *et al*.,<br><br>    Defendants. | Case No. 2:14-CR-4 JVB |

**ORDER**

Without an objection from Defendant Rita Law, the Government agreed to provide additional information after Ms. Law's sentencing hearing regarding the restitution amount owed to her victims.

The government's supplemental filing sets out in detail the past and reasonable future losses the two victims have suffered and will suffer as a result of Ms. Law's crimes against them. XC's loss is $234,800 and HV's loss is $79,351.

In response, Ms. Law does not dispute the losses; she merely maintains her innocence and hopes to be vindicated on appeal.

Having considered the government's submissions, the Court finds that it has adequately proved the victims' losses. Accordingly, the Court orders---

> Defendant Law to pay $234,800 in restitution to victim XC, and $79,351 in restitution to victim HV. The restitution payme must be made to the Clerk of the Court in this judicial district.

The Clerk of the Court is ordered, in turn, to divide all funds received from Defendant Law at the ratio of ¾ for XC and ¼ for HV, and disburse the funds to them until each is paid in full:

- Victim XC, c/o Roxanne Mendez Johnson, at 2929 Carlson Drive, Suite 101, Hammond, IN 46323 (Telephone: 219-937-8020);
- Victim HV, c/o Heather Benno, 1629 K. Street NW, #300, Washington, DC, 20006 (Telephone: 240-435-7191).

SO ORDERED on September 9, 2019.

s/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN
UNITED STATES DISTRICT JUDGE